**Order entered October 31, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01010-CR

## DAVID CARY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-81636-2011**

## ORDER

Appellant's October 29, 2014 second unopposed motion for extension of time in which to file his reply brief is **GRANTED**. Appellant is **ORDERED** to file his reply brief on or before November 19, 2014. Any additional requests for extension are discouraged.

/s/ ELIZABETH LANG MIERS
   PRESIDING JUSTICE